THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone: 415/674-8600
Facsimile: 415/674-9900
tfrankovich@disabilitieslaw.com

Attorneys for Plaintiffs HAMID SOLTANIZAD;
and MARGORY K. NUNEZ LIZA,

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HAMID SOLTANIZAD; and MARGORY K. NUNEZ LIZA, <br><br> Plaintiff, <br><br> v. <br><br> DIDAR PERSIAN CUISINE; AHMAD NIKMORAD, an individual dba DIDAR PERSIAN CUISINE; and SOUDABEH NIKMORAD, an individual dba DIDAR PERSIAN CUISINE <br><br> Defendant. | CASE NO. CV-13-1392-JSW <br><br> MOTION FOR ADMINISTRATIVE RELIEF - REQUEST FOR CASE MANAGEMENT CONFERENCE; MEMORANDUM OF POINTS AND AUTHORITIES AND [PROPOSED] ORDER THEREON SETTING CASE MANAGEMENT CONFERENCE AND DIRECTING PLAINTIFFS TO SERVE DEFENDANTS <br> [L.R. 7-11; Gen. Order 56] |

    Plaintiffs HAMID SOLTANIZAD; and MARGORY K. NUNEZ LIZA, pursuant to Local Rule 7-11 and General Order 56, hereby moves this Court for Administrative Relief and requests the Court to set a Case Management Conference in the above-captioned matter.

    The case before this Court seeks, in part, relief pursuant to Title III of the Americans with Disabilities Act ("ADA"), and pursuant to California statutes of Civil Code §51, *et seq.* and §54,

MOTION FOR ADMINISTRATIVE RELIEF - REQUEST FOR CASE MANAGEMENT CONFERENCE; MEMORANDUM OF POINTS
AND AUTHORITIES AND [PROPOSED] ORDER THEREON SETTING CASE MANAGEMENT CONFERENCE     1

*et seq*., and California Health & Safety Code §19955 *et seq*., relief and damages. Accordingly, litigation of this case is controlled by the procedures established in General Order No. 56. These procedures impose a stay on all discovery until after a mediation has been completed and a case management conference has taken place.

General Order No. 56 provides for plaintiffs to file a motion to request a Case Management Conference once a mediation has been completed. A mediation was conducted on December 10, 2013, by Mediator, William E. Simmons. However, the parties were unsuccessful in their efforts to try and resolve the above-mentioned caption matter. This case has not settled. It appears that discovery is necessary. Therefore, plaintiffs respectfully request that this matter be set for a Case Management Conference.

Respectfully Submitted,

Dated: January 2, 2014  THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By:   /s/Thomas E. Frankovich
   THOMAS E. FRANKOVICH
Attorney for Plaintiffs HAMID SOLTANIZAD; and
MARGORY K. NUNEZ LIZA

///

///

///

///

///

///

///

///

///

MOTION FOR ADMINISTRATIVE RELIEF - REQUEST FOR CASE MANAGEMENT CONFERENCE; MEMORANDUM OF POINTS AND AUTHORITIES AND [PROPOSED] ORDER THEREON SETTING CASE MANAGEMENT CONFERENCE     2

**MEMORANDUM OF POINTS AND AUTHORITIES**

**GENERAL ORDER 56**:

General Order No. 56 provides for plaintiff to file a motion to request a Case Management Conference once a mediation has been completed.

> ¶7 " If the case does not resolve at mediation, plaintiff shall within seven (7) calendar days of the mediator's filing of a Certification of ADR Sessions reporting that the mediation process is concluded, file a Motion for Administrative Relief pursuant to Civil Local Rule 7-11 requesting a Case Management Conference."

Dated: 2013        THOMAS E. FRANKOVICH,
                   *A PROFESSIONAL LAW CORPORATION*

                   By:  /s/Thomas E. Frankovich
                        THOMAS E. FRANKOVICH
                   Attorneys for Plaintiff**s** HAMID SOLTANIZAD;
                   and MARGORY K. NUNEZ LIZA

**[PROPOSED] ORDER**

**IT IS HEREBY ORDERED** that this Court will set this case for a Case Management Conference. The parties shall appear on Friday, March 28, 2014 at 1:30 p.m., and they shall file a joint case management statement by no later than Friday, March 21, 2014.

It is FURTHER ORDERED that Plaintiffs shall serve a copy of this Order on Defendants and shall file proof of such service by no later than January 17, 2014.

Dated: January 13, 2014        _____
                               Honorable Judge Jeffery S. White
                               UNITED STATES DISTRICT JUDGE

MOTION FOR ADMINISTRATIVE RELIEF - REQUEST FOR CASE MANAGEMENT CONFERENCE; MEMORANDUM OF POINTS AND AUTHORITIES AND [PROPOSED] ORDER THEREON SETTING CASE MANAGEMENT CONFERENCE      3