IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMID SOLTANIZAD, et al., | No. C 13-01392 JSW |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE; DIRECTING PLAINTIFFS TO SERVE DEFENDANTS; DIRECTING PLAINTIFFS TO FILE PROOFS OF SERVICE; AND DIRECTING PARTIES TO FILE NOTICE RE CONSENT TO MAGISTRATE JUDGE** |
| v. | |
| DIDAR PERSIAN CUISINE, et al., | |
| Defendants. | |

The Court has read and considered the Plaintiffs' unilateral amended case management conference statement. It is HEREBY ORDERED that:

1. The Court CONTINUES the initial case management conference scheduled for March 28, 2014, to June 6, 2014, at 11:00 a.m. in Courtroom 5, Second Floor, 1301 Clay Street, Oakland, California. The parties' joint case management conference statement shall be due by May 30, 2014.

2. Plaintiffs shall serve a copy of this Order on Defendants and shall file proof of such service by March 29, 2014.

3. Plaintiffs shall file proof that they served Defendants with the Court's Order dated January 13, 2014 (Docket No. 11) by March 29, 2014.

//

//

//

4. The parties shall file a notice with the Court as to whether they consent to a Magistrate Judge for all purposes by no later than May 30, 2014.

**IT IS SO ORDERED.**

Dated: March 25, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE