UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMID SOLTANIZAD, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DIDAR PERSIAN CUISINE, et al.,<br><br>　　　　　Defendants. | Case No.  13-cv-01392-HSG<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 34 |

　　　　The Case Management Conference set for Tuesday, April 14, 2015, at 2:00 p.m. is continued to May 26, 2015, at 2:00 p.m.  The Court further orders the parties to complete mediation by May 20, 2015.  The parties shall file a Joint Case Management Statement by May 22, 2015.  The Statement shall include 1) an update regarding mediation efforts; and 2) a revised proposed case schedule.  In light of the age of this case, the Court will not delay the trial date until May 2016 as requested by the parties in their Joint Case Management Statement dated March 12, 2015.

　　　　**IT IS SO ORDERED.**

Dated: April 9, 2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge